IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MILTON GONZALEZ       *
      Petitioner,
  v.       *   CIVIL ACTION NO. WMN-05-2263

WARDEN       *
      Respondent.
******

## MEMORANDUM

On August 17, 2005, Petitioner filed this 28 U.S.C. § 2241 Petition for writ of habeas corpus, challenging his continued detention by the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). Paper No. 1. He complains that his ICE custody violates the dictates of the Supreme Court decision in *Zadvydas v. Davis,* 533 U.S. 678 (2001).

On September 13, 2005, Respondent filed a Response and Notice of Intent to Remove. Paper No. 4. Petitioner has not filed a reply. The case is ready for this court's consideration. Oral hearing is not necessary. *See* Local Rule 105.6. (D. Md. 2004).

According to the record, Petitioner is a native and citizen of Belize who entered the United States at an unknown date and at an unknown place, without being admitted or paroled. Paper No. 4, Ex. A. On October 20, 2004, ICE issued a Notice to Appear charging Respondent with being removable for having entered the country without being admitted or paroled, in violation of Immigration and Nationality Act, § 212(a)(6)(A)(i). *Id*. The Notice to Appear was served on Petitioner when he came into ICE custody on December 8, 2004, after having been incarcerated at Riker's Island prison in New York for criminal possession of a forged instrument in the 3rd degree. *Id*., Ex. B.

At a March, 2005 hearing before an Immigration Judge in the District of New York,

Petitioner was found removable as charged and was granted voluntary departure before April 25, 2005.  Paper No. 4, Ex. C.  The Immigration Judge also required that Petitioner present a valid travel document and airline ticket to DHS on or before April 15, 2005, or the voluntary departure order would be withdrawn without further notice or proceedings and an order directing Petitioner's removal to Belize would become effective immediately.  *Id*.  Petitioner waived his right to appeal the Immigration Judge's order.  *Id*.

Respondent states that as Petitioner did not present a valid travel document and airline ticket to DHS on or before April 15, 2005, he is detained under a final order of removal.  On July 5, 2005, ICE issued a Decision to Continue Detention because of Petitioner's multiple criminal convictions and ICE's belief that a travel document would be forthcoming from the Embassy of Belize.  *Id*., Ex. D.  Respondent now states that it has obtained a travel document and has scheduled Petitioner's removal for on or after September 28, 2005.  Paper No. 5, Ex. A.

To the extent that Petitioner complains about his detention under *Zadvydas*, the record reflects that his removal is imminent and will occur on or shortly after September 28, 2005.  *Id*., Ex. E.  The Court therefore finds that Petitioner's impending deportation moots his habeas corpus challenge to his continued ICE confinement.  The Petition shall be dismissed.

A separate Order follows dismissing the instant § 2241 Petition.  Respondent shall be required to file a report regarding the status of Petitioner's removal on or before October 14, 2005.

/s/

Date: <u>September 26, 2005</u>  _____
William M. Nickerson
Senior United States District Judge

2